UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

IN RE:                                      )
    Michael T. Finegan                       )
    Holly Michelle Finegan                   )
        Debtors                           )    Case No.    13-81031
                                          )    Chapter     7
    Best Buy / Capital One                   )
                                             )
        Creditor.                         )

<u>MOTION FOR REDEMPTION</u>

    Now comes Michael and Holly Finegan, Debtors by John M. VanDeVelde, their attorney pursuant to Bankruptcy Code 722 and Bankruptcy Rule 6008, and respectfully represents as follows:

    1.    Prior to the filing of this proceeding you, Debtors, owned the following tangible personal property which was used primarily for personal, family and household use, to-wit:

        55" TV / Blu Ray DVD Player / Nintendo Wii / Playstation 3 &
        Other Miscellaneous Items

    2.    The hereinabove described tangible personal property is subject to a valid security interested granted by Debtor to the hereinafter-named creditor, as secured for a consumer debt which is dischargeable under Chapter 7 of the Bankruptcy Code. The name and address of the subject secured creditor is as follows:

Best Buy / Capital One
PO Box 9312
Minneapolis, MN 55440

    3.    The hereinabove described tangible personal property was pledged as collateral to secure an indebtedness to the subject creditor, and has a fair market value of $800.00.

    4.    The hereinabove described tangible personal property has been abandoned by the Trustee pursuant to Bankruptcy Code 554.

    5.    Your Debtor wishes to redeem the hereinabove described tangible personal property from the lien of the said creditor by payment to the creditor of the amount of its allowed secured claim.

      WHEREFORE, your Debtor prays for the entry of an Order determining the amount of the allowed secured claim of Best Buy / Capital One, and further requiring Best Buy / Capital One, secured creditor, upon the receipt of the sum of $800.00 representing its allowed secured claim, to release the subject property from the lien of its security interest, and that the Debtor have such other and further relief as is proper.

                      Michael T. Finegan
                      Holly Michelle Finegan
                      Debtors

                      BY:/s/ John M. VanDeVelde
                           John M. VanDeVelde

John M. VanDeVelde
Buckrop & VanDeVelde
The Law Centre
329 18th Street Suite 500
Rock Island, IL 61201
P: 309-788-2747

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

IN RE:                                )
    Michael T. Finegan            )
    Holly Michelle Finegan         )
        Debtors                )    Case No.    13-81031
                                   )    Chapter     7
    Best Buy / Capital One         )
                                   )
        Creditor.              )

**CERTIFICATE OF SERVICE**

The undersigned certifies that the attached Motion for Redemption was served upon the Trustee of said estate(s), U.S. Trustee and all creditors on interest, by electronic notice or by depositing a copy thereof in United States Mail, postage prepaid, in envelopes addressed to each of them at their respective addresses as known.

US Trustee
USTPRegion10.PE.ECF@usdoj.gov

Jeana K. Reinbold
jeanareinboldlaw@gmail.com
jreinbold@ecf.epiqsystems.com

Best Buy / Capital One
PO Box 9312
Minneapolis, MN 55440

Best Buy / Capital One
26525 N Riverwoods Blvd
Lake Forest, IL 60045


Dated: July 2, 2013            By: /s/ Nancy Nouchanthavong