**IT IS SO ORDERED.**

**SIGNED THIS: July 23, 2013**

_____
**Thomas L. Perkins**
**United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | | | |
|---|---|---|---|---|
| IN RE: | | ) | | |
| | Michael T. Finegan | ) | | |
| | Holly Michelle Finegan | ) | Case No. | 13-81031 |
| | | ) | Chapter | 7 |
| | Debtors | ) | | |
| | | ) | | |

**ORDER GRANTING MOTION FOR REDEMPTION**

The Debtors Motion for Redemption having been filed and said Motion having been properly noticed to the party in interest and no objections having been timely filed.

IT IS THEREFORE ORDERED as follows:

1. That Best Buy / Capital One is ordered upon the receipt of the sum of $800.00 to release the 55" TV/ Blu Ray DVD Player / Nintendo Wii / Playstation 3 & Other Miscellaneous Items lien of its security interest.

2. Best Buy / Capital One is to be paid within 30 days of this order.

###